STATE OF MAINE

KENNEBEC, ss.

CRIMINAL ACTION
DOCKET NO. CR-04-552

STATE OF MAINE

v.

TRACY DODGE,

Defendant

**ORDER**

FEB 14 2005

Pending before the court is Defendant's Motion to Compel Discovery and Defendant's Motion for Preparation of Expert Report. Both motions were argued before the court on January 4, 2005, and are in order for disposition.

With reference to the numbered paragraphs in the first motion cited, the court orders the following:

(4) The State has provided the victim's date of birth.

(5) The State is not ordered to ascertain Ms. Theberge's date of birth, but if it is learned through further investigation, it is to be disclosed to the defendant.

(6) The State is not ordered to ascertain identifying information concerning Diane Jackson, but if it is learned through further investigation, it is to be disclosed to the defendant.

(7) The State is ordered to make a good faith effort to obtain a release of confidentiality from the alleged victim, Frank R. Smith, so that his medical records pertinent to the pending charge may be obtained. Failing this, the State is ordered to obtain these records via the authority articulated for this purpose at 5 M.R.S.A. § 200-E(2). Once these records are obtained, they are to be turned over to the defendant unless the State requests and is granted protection from doing so via M.R. Crim. P. 16(b)(6).

(8)    If the names of medical providers are not provided within the records obtained under paragraph 7, supra, the State is not required to make an affirmative effort to ascertain these names.   If, however, they are uncovered during any investigation of this case, they are to be disclosed to the defendant.

(9-12) All photographs taken in the investigation of this case are to be made available to defendant's counsel or her investigator for inspection.  Should they require copies, they may apply to the court for funds for this purpose.

(13)    The State is ordered to direct investigating officers in this case to preserve their field notes if they still exist.

With reference to the second motion above referenced, if the State identifies a witness as an expert who has not already authored a report in the course of his/her activities in this case, e.g., medical reports, the State is ordered to direct the expert to prepare a report with the description provided for same in M.R. Crim. P. 16(c)(3).

So ordered.

Dated: January 5, 2005

John R. Atwood
Justice, Superior Court

STATE OF MAINE
   vs
TRACY L DODGE
22 HIGHLAND AVENUE
GARDINER ME 04345

DOB: 11/17/1972
Attorney: SHERRY TASH
         HAINKE & TASH
         PO BOX 192
         WHITEFIELD ME 04353
         APPOINTED 10/25/2004

Filing Document: CRIMINAL COMPLAINT
Filing Date: 10/20/2004

SUPERIOR COURT
KENNEBEC, ss.
Docket No   AUGSC-CR-2004-00552

**DOCKET RECORD**

State's Attorney: EVERT FOWLE

Major Case Type: MISDEMEANOR (CLASS D,E)

## Charge(s)

**1    ASSAULT**                                         **10/17/2004 GARDINER**
**Seq 8382   17-A   207(1)(A)**              **Class D**
   **PEPPARD**              **/ GAR**

## Docket Events:

10/25/2004 Charge(s): 1
         TRANSFER -   TRANSFER FOR JURY TRIAL EDI ON 10/25/2004 @ 22:00

         TRANSFERRED CASE: SENDING COURT CASEID AUGDCCR200403039
         FILING DOCUMENT -   CRIMINAL COMPLAINT FILED ON 10/20/2004

         Charge(s): 1
         HEARING -   ARRAIGNMENT SCHEDULED FOR 10/20/2004 @ 9:00   in Room No.   1

         NOTICE TO PARTIES/COUNSEL
         Charge(s): 1
         HEARING -   ARRAIGNMENT HELD ON 10/20/2004

         DEFENDANT INFORMED OF CHARGES.   21 DAYS TO FILE MOTIONS
         Charge(s): 1
         MOTION -   MOTION FOR APPOINTMENT OF CNSL FILED BY DEFENDANT ON 10/20/2004

         Charge(s): 1
         MOTION -   MOTION FOR APPOINTMENT OF CNSL GRANTED ON 10/25/2004
         RAE ANN   FRENCH , JUDGE
         COPY TO PARTIES/COUNSEL
         Charge(s): 1
         PLEA -   NOT GUILTY ENTERED BY DEFENDANT ON 10/20/2004

         Party(s):   TRACY L DODGE
         ATTORNEY -   APPOINTED ORDERED ON 10/25/2004

         Attorney:   SHERRY TASH
10/25/2004 Charge(s): 1
         TRANSFER -   TRANSFER FOR JURY TRIAL REQUESTED ON 10/20/2004

TRIAL - BENCH SCHEDULED FOR 01/14/2005 @ 8:30 in Room No. 1

NOTICE TO PARTIES/COUNSEL
TRIAL - BENCH NOT HELD ON 10/25/2004

SENT FOR JT.
Charge(s): 1
FINDING - TRANSFER FOR JURY TRIAL TRANSFERRED ON 10/25/2004

AUGSC
Charge(s): 1
ABSTRACT - SBI EDI ON 10/25/2004

LAST EDI SENT: 10/25/2004 21:22:16
10/28/2004 Charge(s): 1
TRANSFER - TRANSFER FOR JURY TRIAL RECVD BY COURT ON 10/27/2004

AUGDC-CR-2004-03039
10/28/2004 BAIL BOND - $500.00 CASH BAIL BOND FILED ON 10/27/2004

Bail Receipt Type: CR
Bail Amt: $500
                              Receipt Type: CK
Date Bailed: 10/23/2004       Prvdr Name: REBECCA  FAIRBROTHER
                              Rtrn Name: REBECCA  FAIRBROTHER


## Conditions of Bail:
11/16/2004 MOTION - MOTION FOR DISCOVERY FILED BY DEFENDANT ON 11/09/2004

11/16/2004 MOTION - MOTION EXPERT WITNESS REPORT FILED BY DEFENDANT ON 11/09/2004

11/16/2004 MOTION - OTHER MOTION FILED BY DEFENDANT ON 11/09/2004

MOTION TO PRESERVE EVIDENCE
11/16/2004 MOTION - MOTION FOR FUNDS FILED BY DEFENDANT ON 11/09/2004

TO OBTAIN EXPERT ASSISTANCE/SERVICES OF A PHYSICIAN AND A PSYCHIATRIST    AND/OR A
PSYCHOLOGIST
11/16/2004 MOTION - MOTION FOR FUNDS FILED BY DEFENDANT ON 11/09/2004

FOR PRIVATE INVESTIGATOR
12/09/2004 HEARING - OTHER MOTION SCHEDULED FOR 01/04/2005 @ 9:00

MOTION TO PRESERVE EVIDENCE
12/09/2004 HEARING - MOTION EXPERT WITNESS REPORT SCHEDULED FOR 01/04/2005 @ 9:00

12/09/2004 HEARING - MOTION FOR DISCOVERY SCHEDULED FOR 01/04/2005 @ 9:00

NOTICE TO PARTIES/COUNSEL
12/10/2004 MOTION - MOTION FOR FUNDS GRANTED ON 12/10/2004
DONALD H MARDEN , JUSTICE
COPY TO PARTIES/COUNSEL

Printed on: 01/05/2005

01/05/2005 HEARING -  MOTION FOR DISCOVERY HELD ON 01/04/2005
          JOHN R ATWOOD , JUSTICE
          Attorney:  SHERRY TASH
          DA:  PAUL RUCHA          Reporter: JANETTE COOK
          Defendant Present in Court
01/05/2005 HEARING -  MOTION EXPERT WITNESS REPORT HELD ON 01/04/2005
          JOHN R ATWOOD , JUSTICE
          Attorney:  SHERRY TASH
          DA:  PAUL RUCHA          Reporter: JANETTE COOK
          Defendant Present in Court
01/05/2005 HEARING -  OTHER MOTION NOT HELD ON 01/04/2005


          MOTION TO PRESERVE EVIDENCE, NO OBJECTION BY STATE
01/05/2005 MOTION -  OTHER MOTION GRANTED ON 01/04/2005
          JOHN R ATWOOD , JUSTICE
          MOTION TO PRESERVE EVIDENCE
01/05/2005 MOTION -  MOTION EXPERT WITNESS REPORT GRANTED ON 01/05/2005
          JOHN R ATWOOD , JUSTICE
01/05/2005 MOTION -  MOTION FOR DISCOVERY GRANTED ON 01/05/2004
          JOHN R ATWOOD , JUSTICE
          COPY TO PARTIES/COUNSEL


A TRUE COPY
ATTEST: _____
                    Clerk